## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**DAVID C. LETTIERI,**

        **Plaintiff,**

    **v.**                                  **CASE NO. 25-3100-JWL**

**FEDERAL MEDICAL DEVENS, et al.,**

        **Defendants.**

### MEMORANDUM AND ORDER

Plaintiff David C. Lettieri filed this pro se civil rights action seeking relief from federal officials. Neither Plaintiff's complaint (Doc. 1) nor his motion for leave to proceed in forma pauperis (Doc. 2) was on the required form and he failed to submit the required certified copy of his inmate trust fund account statement to support his motion. Thus, on May 27, 2025, the Court issued a notice of deficiency (NOD) informing Plaintiff that he was required to correct the deficiencies within 30 days. (Doc. 3.) The NOD advised Plaintiff that if he "fail[ed] to comply within the prescribed time, . . . this action may be dismissed without further notice for failure to comply with this court order." *Id.* at 2. As of the date of this order, the Court has received nothing further from Plaintiff.

Under Rule 41(b) of the Federal Rules of Civil Procedure, a district court may dismiss an action "if the plaintiff fails to prosecute or to comply with these rules or a court order." Fed. R. Civ. P. 41(b); *See also Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003) (noting that Rule 41(b) "has long been interpreted to permit courts to dismiss actions sua sponte for a plaintiff's failure . . . to comply with the . . . court's orders"). Because Plaintiff has failed to comply with the NOD, the Court concludes that this matter should be dismissed without prejudice under Rule 41(b).

**IT IS THEREFORE ORDERED** that *t*his matter is dismissed without prejudice under Rule 41(b). The motion for leave to proceed in forma pauperis (Doc. 2) is therefore denied as moot.

**IT IS SO ORDERED.**

DATED:   This 14th day of July, 2025, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge